IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NOHMAAN RIAZ MALIK, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-22-865-PRW |
| JIM GERLACH, | ) |
| Respondent. | ) |

**ORDER**

On December 2, 2022, United States Magistrate Judge Amanda Maxfield Green issued a Report & Recommendation (Dkt. 6) in this action, recommending that Petitioner Nohmaan Riaz Malik's Petition (Dkt. 1) be dismissed without prejudice for failure to comply with Magistrate Judge Green's order to pay the filing fee or submit an *in forma pauperis* motion, and failure by counsel to take any steps towards obtaining admission *Pro Hac Vice*. Petitioner was advised of his right to object to the Report & Recommendation by December 16, 2022, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report & Recommendation. No objections have been filed as of this date.

The Court has reviewed Magistrate Judge Green's Report & Recommendation de novo and agrees with the conclusions therein. Accordingly, the Court **ADOPTS** the Report & Recommendation (Dkt. 6) in full and **DIMISSES** this case without prejudice.

**IT IS SO ORDERED** this 27th day of December 2022.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE